**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

                                               **CRIMINAL NO. 4:09CR8DCB-LRA**

**TOMAS CRUZ and
MIGUEL ESCOBAR-HERNANDEZ**                             **DEFENDANT**

## <u>ORDER</u>

**THIS MATTER** came before the Court on Defendant's Motion for Additional Time to File Objections to the Presentence Report, and, this Court, having fully considered the Motion finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that undersigned counsel shall file her Objections to the Presentence Report by <u>March 4, 2010</u>.

**SO ORDERED** this <u>23rd</u> day of February, 2010.

                                                           <u>s/ David Bramlette</u>
                                                           U.S. DISTRICT COURT JUDGE